UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

On The Move, Inc.

Plaintiff,

-v-

Trucknology, Inc., a/k/a The Bronx Rental Corp., and Eugene Greenbaum

Defendant.

JUDGE BATTS

08 CV 2533

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

On The Move, Inc.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** March 13, 2008

**Signature of Attorney**

**Attorney Bar Code:** (RH 6650)

Form Rule7_1.pdf  SDNY Web 10/2007