```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 4/17/08         │
└─────────────────────────────┘
```

ON THE MOVE, INC.

_____
Plaintiff

vs

TRUCKNOLOGY, INC. A/K/A THE
BRONX RENTAL CORP and EUGENE
GREENBAUM
_____
Defendant

Bond No. S-905-1768

UNITED STATES DISTRICT _____ Court

SOUTHERN DISTRICT _____ City

NEW YORK _____ County

_____ State

No. 08 Civ 2533

## REPLEVIN BOND

KNOW ALL MEN BY THESE PRESENTS, That we On the Move, Inc. as principal, and Washington International Insurance Company of Arizona and having an office and usual place of business at 1 Birchwood Ct., Ste. 1L, Mineola, NY 11501 as Surety, undertake and are bound to the defendants Trucknology, Inc. a/k/a The Bronx Rental Corp and Eugene Greenbaum in the sum of Eight Hundred Fifty Five Thousand Fifty and No/100-------------------- DOLLARS ($ 855,050.00 ), lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, assigns and successors, forever firmly by these presents, upon condition that plaintiff, in the above entitled cause shall prosecute action of replevin against defendants with effect and without delay, and that plaintiff shall return the property to the defendants if return thereof be adjudged, and in default of such delivery, for the payment of the assessed value of such property and for the payment of all damages for the taking and detention thereof, and for all costs that may accrue in this action, then this bond to be void, otherwise to remain in full force and effect.

IN WITNESS WHEREOF, we have hereunto set our hands and affixed our seals this 14th day of April, 2008.

ON THE MOVE, INC.
_____
Principal
By: _[signature]_
Mark Ulfig, President/CEO

WASHINGTON INTERNATIONAL INSURANCE COMPANY
By: _[signature]_
Angela Chiodo                    Attorney-in-Fact

Approved April 17, 2008
By: _[signature]_
Judge

ed:Dec.2001

**Individual Acknowledgment**

State of _____
County of _____

On this _____ day of _____, _____, before me personally came _____ and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge to me that he executed the same.

My commission expires: _____

_____
Notary Public

----

**Firm Acknowledgment**

State of _____
County of _____

On this _____ day of _____, _____, before me personally came _____ to me known and known to me to be a member of the firm of _____ described in and who executed the foregoing instrument, and he thereupon acknowledged to me that he executed the same as and for the act and deed of said firm.

My commission expires: _____

_____
Notary Public

----

**Corporation Acknowledgment**

State of _Texas_
County of _Bexar_

On this _16th_ day of _April_, _2008_, before me personally came _Mark A. Uifig_, to me known who being by me duly sworn, did depose and say that he is the _President/CEO_ of _On The Move, Inc._ the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

My commission expires: _June 26, 2011_

_/s/ Nanu Swan_
Notary Public

----

**Surety Acknowledgment**

State of New York
County of Nassau

On _April 14, 2008_, before me personally came _Angela Chiodo_ to me known, who, being by me duly sworn, did depose and say that he/she is an Attorney-in-Fact of _Washington International Insurance Company_ the corporation described in and which executed the within instrument; that he/she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that he/she signed the said instrument and affixed the said seal as Attorney-in-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

My commission expires:

LILLIAN E. BOYD
Notary Public, State Of New York
No. 01BO6091908
Qualified in Nassau County
Commission Expires 5/05/20 11

_/s/ Lillian E. Boyd_
Notary Public

## NAS SURETY GROUP

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

### GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of Arizona and having its principal office in the City of Itasca, Illinois, each does hereby make, constitute and appoint:

JOHN D. FILICE, ELLEN YAWNEY,

and ANGELA CHIODO

jointly or severally

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

TEN MILLION ($10,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the President, any Executive Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, President & Chief Executive Officer of Washington International Insurance Company &
Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Vice President of Washington International Insurance Company &
Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 19th day of June, 20 07.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois
County of Du Page     ss:

On this 19th day of June, 20 07, before me, a Notary Public personally appeared Steven P. Anderson, President and CEO of Washington International Insurance Company and Vice President of North American Specialty Insurance Company and David M. Layman, Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
SUSAN ANSEL
Notary Public, State of Illinois
My Commission Expires 7/6/2008

Susan Ansel, Notary Public

I, James A. Carpenter, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 14th day of April, 20 08.

_____
James A. Carpenter, Vice President & Assistant Secretary of Washington International Insurance Company &
North American Specialty Insurance Company

# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

## STATE OF NEW YORK

### INSURANCE DEPARTMENT

It is hereby certified that

**WASHINGTON INTERNATIONAL INSURANCE COMPANY OF PHOENIX, ARIZONA**

a corporation organized under the laws of the State of Arizona, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $39,371,649.(Capital $4,200,000.) as is shown by its sworn financial statement for the year ended December 31, 2004 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 31st day of May, 2005.

Howard Mills
Superintendent of Insurance

By

Salvatore Castiglione
Special Deputy Superintendent

http://www.ins.state.ny.us




1200 Arlington Heights Road, Suite 400, Itasca, Illinois 60143-2625
630/227-4700, Fax: 630/227-4705, 800/338-0753



AFFILIATE

**WASHINGTON INTERNATIONAL INSURANCE COMPANY**
An Arizona Corporation

BALANCE SHEET AS OF DECEMBER 31, 2007
(Statutory Basis)

Valuation of securities on National Association of Insurance Commissioner Basis

| ASSETS | | LIABILITIES & POLICYHOLDERS' SURPLUS | |
|---|---|---|---|
| **CASH AND INVESTED ASSETS** | | **LIABILITIES** | |
| Cash | (159,676) | Outstanding Losses and Loss Expense | 10,964,360 |
| Bonds | 86,370,691 | Unearned Premiums | 3,276,377 |
| Preferred Stocks | 0 | Commissions, Taxes and Other Liabilities | 30,060,567 |
| Common Stocks | 0 | Payable to Parent, Subsidiaries & Affiliates | 1,897,332 |
| Short-Term Investments | 5,984,818 | | |
| Receivable for Securities | 0 | | |
| Invested Income Due and Accrued | 940,988 | | |
| | 93,136,821 | | 46,198,636 |
| **OTHER ASSETS** | | **POLICYHOLDERS' SURPLUS** | |
| Premium in Course of Collection | 3,491,391 | Capital Stock | 4,200,000 |
| Reinsurance Recoverable | 3,037,516 | Paid-In Surplus | 3,825,000 |
| Miscellaneous Assets | 396,806 | Unassigned Funds | 45,838,898 |
| | 6,925,713 | | 53,863,898 |
| **TOTAL ADMITTED ASSETS** | 100,062,534 | **TOTAL LIABILITIES & POLICYHOLDERS' SURPLUS** | 100,062,534 |

The undersigned, being duly sworn, says: That he is Vice President of Washington International Insurance Company, Itasca, Illinois that said company is a corporation duly organized, existing and engaged in business as a Surety Company by virtue of the Laws of the State of New York and authorized to do business in the State of New York and has duly complied with all the requirements of the laws of said State applicable to said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved; July 1947 6 U.S.C. sec. 6-13; and that to the best of his knowledge and belief the above statement is a full, true and correct statement of the financial condition of the said Company on the 31st day of December, 2007.

James A. Carpenter, Vice President
WASHINGTON INTERNATIONAL INSURANCE COMPANY

Subscribed and sworn before me,
this 28th day of March, 2008

Notary Public

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2011