STERN TANNENBAUM & BELL LLP
David S. Tannenbaum (DT 1196)
Dtannenbaum@sterntannenbaum.com
Rosemary Halligan (RH 6650)
Rhalligan@sterntannenbaum.com
Karen S. Frieman (KF 9204)
Kfrieman@sterntannenbaum.com
380 Lexington Avenue, Suite 3600
New York, NY 10168
(212) 792-8484
Attorneys for Plaintiff
On The Move, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ON THE MOVE, INC.,

                    Plaintiff,     : 08 Civ. 2533 (DAB) (JCF)

v.     : **NOTICE OF MOTION**
     : **TO CONFIRM ORDERS OF**
TRUCKNOLOGY, INC. A/K/A THE BRONX TRUCK  : **SEIZURE**
RENTAL CORP and EUGENE GREENBAUM,

                    Defendants.
------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that, upon the annexed affidavit of Mark A. Ulfig, President and Chief Executive Officer of plaintiff On The Move, Inc. ("OTM"), sworn to April 29, 2008, and the exhibits attached thereto or included therewith, including the Memorandum of Law dated April 10, 2008, and upon all the pleadings and proceedings heretofore had herein, including the *ex parte* Orders of Seizure and Temporary Restraining Order granted to OTM on April 10, 2008 and April 24, 2008 (collectively, the "Orders of Seizure and TRO"), the undersigned, on behalf of OTM, will move this Court, before the Honorable Deborah A. Batts, United States District Judge, in Courtroom 24B, of the United States Courthouse, Southern District of New York, 500

Pearl Street, New York, New York, 10007, on a date designated by the Court, for an Order pursuant to Fed. R. Civ. Pro. 64 and N.Y. CPLR 7102(d)(4) (a) confirming the Orders of Seizure; (b) directing the custodian or substitute custodian to deliver the seized chattel to OTM; and (c) awarding such other and further relief as this Court may deem just and proper.

Dated: New York, New York
April 30, 2006

STERN TANNENBAUM & BELL, LLP

By: /s/ Rosemary Halligan
David S. Tannenbaum (DT 1196)
Dtannenbaum@sterntannenbaum.com
Rosemary Halligan (RH 6650)
Rhalligan@sterntannenbaum.com
Karen S. Frieman (KF 9204)
Kfrieman@sterntannenbaum.com
380 Lexington Avenue, Suite 3600
New York, NY 10168
(212) 792-8484
Attorneys for Plaintiff
On The Move, Inc.

TO: Trucknology, Inc., a/k/a The Bronx Truck Rental Corp.
1144 Zerega Avenue
Bronx, N.Y. 10462

Trucknology, Inc., a/k/a The Bronx Truck Rental Corp.
1130 Zerega Avenue
Bronx, N.Y. 10462

Eugene Greenbaum
275 Kings Point Road
Great Neck, N.Y. 11024

{00003923.DOC v}   2