UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ON THE MOVE, INC.,                                          :

                                        Plaintiff,          :    08 Civ. 2533 (DAB) (JCF)

                                                            :

                    v.                                      :    **AFFIDAVIT OF SERVICE**

                                                            :

TRUCKNOLOGY, INC. A/K/A THE BRONX TRUCK                     :
RENTAL CORP and EUGENE GREENBAUM,                           :

                                        Defendants.         :

------------------------------------------------------------------- x


STATE OF NEW YORK       )
                        :
COUNTY OF NEW YORK      )

     BRENDA ORTIZ, being duly sworn, deposes and says:

1.     I am employed by the firm of STERN TANNENBAUM & BELL LLP.

2.     I am over 18 years of age, reside in Bronx, NY and am not a party to this action.

3.     On April 30, 2008, I caused to be served a true and correct copy of a **Notice Of Motion To Confirm Orders Of Seizure, Affidavit of Mark A. Ulfig, sworn to April 29, 2008, and Exhibits thereto, all in support thereof,** via First Class Mail (Priority Service) by delivering same to the United States Post Office, located at 450 Lexington Avenue, New York, NY 10017, as addressed to each of the following parties:

     Eugene Greenbaum
     275 Kings Point Road
     Great Neck, NY 11024

     Trucknology, Inc.
     a/k/a The Bronx Truck Rental Corp.
     1144 Zerega Avenue
     Bronx, NY 10462

Trucknology, Inc.
a/k/a The Bronx Truck Rental Corp.
1130 Zerega Avenue
Bronx, NY 10462

_____
Brenda Ortiz

Sworn to before me this
30th day of April, 2008

_____
Notary Public

**ROSEMARY HALLIGAN**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 02HA6167372**
**Qualified in Kings County**
**My Commission Expires May 29, 2011**

{00003942.DOC v}

STERN TANNENBAUM & BELL LLP
David S. Tannenbaum (DT 1196)
Dtannenbaum@sterntannenbaum.com
Rosemary Halligan (RH 6650)
Rhalligan@sterntannenbaum.com
Karen S. Frieman (KF 9204)
Kfrieman@sterntannenbaum.com
380 Lexington Avenue, Suite 3600
New York, NY 10168
(212) 792-8484
Attorneys for Plaintiff
On The Move, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ON THE MOVE, INC.,                                    :
                                                      :
                              Plaintiff,              :    08 Civ. 2533 (DAB) (JCF)
                                                      :
              v.                                      :    **AFFIDAVIT OF SERVICE**
                                                      :
TRUCKNOLOGY, INC. A/K/A THE BRONX TRUCK               :
RENTAL CORP and EUGENE GREENBAUM,                     :
                                                      :
                              Defendants.             :
------------------------------------------------------------------- x

STATE OF NEW YORK      )
                       :
COUNTY OF NEW YORK     )

        JANICE M. FONT, being duly sworn, deposes and says:

        1.      I am employed by the firm of STERN TANNENBAUM & BELL LLP.

        2.      I am over 18 years of age, reside in Staten Island, NY and am not a party to this

action.

        3.      On April 30, 2008, I served a copy of a Notice of Motion to Confirm Orders of

Seizure and Affidavit of Mark A. Ulfig via electronic mail to Eugene Greenbaum at the

following address designated by him for that purpose.

**TRUCKBEAST@aol.com**

Janice M. Font

Sworn to before me this
30th day of April, 2008

Notary Public

BRENDA ORTIZ
Notary Public, State of New York
No. 01OR6079983
Qualified in Bronx County
Commission Expires Sept 3, 2010