STERN TANNENBAUM & BELL LLP

UNITED STATES DISTRICT COUT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ON THE MOVE, INC.,

                        Plaintiff,

      -against-

TRUCKNOLOGY, INC. a/k/a THE BRONX RENTAL CORP. and
EUGENE GREENBAUM,

                      Defendants.
------------------------------------------------------------X

Case No.: 2008 CV 2533

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**     )
                             ) ss.:
**COUNTY OF NEW YORK**   )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

      2.    That on <u>May 01, 2008,</u> at approximately <u>1:34 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT along with Exhibits "1-3"**, all upon **TRUCKNOLOGY, INC., a/k/a The Bronx Truck Rental Corp.**, by Personal Deliver, via Mr. Eugene Greenbaum, who identified himself as an "employee" as well as being authorized as Agent, to accept service on behalf of Trucknology, Inc., a/k/a The Bronx Truck Rental Corp., which service was effected at their actual place of business indicated below:

                  TRUCKNOLOGY, INC. a/k/a The Bronx Truck Rental Corp.
                  1144 Zerega Avenue / 1st Floor
                  Bronx, New York 10462

      3.    **Mr. Eugene Greenbaum** can be best described as:

Male - White skin – Brown hair (ponytail) – Brown eyes - Approximately 33 - 45 years of age - 6'2" – 6'5" and 195 – 240 lbs.

Dated: May 01, 2008
       New York, New York

                                                    _____
                                                    DARREN HINDS
                                                    License No.: 1194970

Sworn to before me on this the 01st day of May 2008.

_____
NOTARY PUBLIC

        **HOLLY ROLDAN**
    Notary Public, State of New York
        No. 01RO6125752
    Qualified in New York County
  Commission Expires April 20, 20<u>09</u>

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*'We've built our service on your satisfaction'*