STERN TANNENBAUM & BELL LLP

UNITED STATES DISTRICT COUT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ON THE MOVE, INC.,

                      Plaintiff,

    -against-

TRUCKNOLOGY, INC. a/k/a THE BRONX RENTAL CORP. and
EUGENE GREENBAUM,

                 Defendants.
-----------------------------------------------------------------X

Case No.: 2008 CV 2533

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                    ) ss.:
COUNTY OF NEW YORK    )

        **DARREN HINDS**, being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

    2.    That on <u>May 01, 2008,</u> at approximately <u>1:33 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT along with Exhibits "1-3"**, all upon **EUGENE GREENBAUM, (an individual),** by Personal Delivery via Mr. Eugene Greenbaum, who identified himself as the person deponent was seeking to serve. Mr. Eugene Greenbaum, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at his actual place of business indicated below:

                  EUGENE GREENBAUM
                  1144 Zerega Avenue / 1st Floor
                  Bronx, New York 10462

    3.    **Mr. Eugene Greenbaum** can be best described as:

Male - White skin – Brown hair (ponytail) – Brown eyes - Approximately 33 - 45 years of age - 6'2" – 6'5" and 195 – 240 lbs.

Dated:  May 01, 2008
             New York, New York

                                                                               DARREN HINDS
                                                                             License No.: 1194970

Sworn to before me on this the 01st day of May 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our service on your satisfaction"*