STERN TANNENBAUM & BELL LLP
David S. Tannenbaum (DT 1196)
Dtannenbaum@sterntannenbaum.com
Rosemary Halligan (RH 6650)
Rhalligan@sterntannenbaum.com
Karen S. Frieman (KF 9204)
Kfrieman@sterntannenbaum.com
380 Lexington Avenue, Suite 3600
New York, NY 10168
(212) 792-8484
Attorneys for Plaintiff
On The Move, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ON THE MOVE, INC.,                                         :
                                                           :
                              Plaintiff,                   : 08 Civ. 2533 (DAB) (JCF)
                                                           :
        v.                                                 : **NOTICE OF MOTION**
                                                           : **TO COMPEL AND FOR**
TRUCKNOLOGY, INC. A/K/A THE BRONX TRUCK                    : **CONTEMPT**
RENTAL CORP and EUGENE GREENBAUM,                          :
                                                           :
                              Defendants.                  :
------------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the annexed affidavit of Mark A. Ulfig, President and Chief Executive Officer of plaintiff On The Move, Inc. ("OTM"), sworn to June 25, 2008, and the exhibits attached thereto, and the affidavit of Rosemary Halligan, sworn to June 26, 2008, and upon all the pleadings and proceedings heretofore had herein, including the May 14, 2008 Order Confirming the *ex parte* Orders of Seizure and Temporary Restraining Orders granted to OTM on April 10, 2008 and April 24, 2008, the undersigned, on behalf of OTM, will move this Court, before the Honorable Deborah A. Batts, United States District Judge, in Courtroom 24B, of the United States Courthouse, Southern District of New York, 500 Pearl

{00004340.DOC v}

Street, New York, New York, 10007, on a date designated by the Court, for (a) an Order compelling Defendants to comply with the Confirming Order and Orders of Seizure and deliver the property which remains in its possession to the U.S. Marshal, or to OTM or its agents, on a date set by the U.S. Marshal, or if delivered to OTM or its agents, within two (2) business days of the Court's order on the instant motion; (b) an Order of Contempt (i) assessing fines in an amount to be set by the Court if Defendants fail to turn over the property within the date set by the U.S. Marshal or the two (2) day time period if delivered to OTM or its agents; (ii) assessing damages against Defendants in the amount of $10,000 for failing to turn over the property at issue and depriving Plaintiff of the use thereof, and forcing OTM to incur additional expenses to recover its property; (iii) awarding reasonable attorneys' fees incurred by Plaintiff in being forced to make the instant motion; and an Order awarding such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 26, 2006

STERN TANNENBAUM & BELL, LLP

By: /s/ Rosemary Halligan
David S. Tannenbaum (DT 1196)
Dtannenbaum@sterntannenbaum.com
Rosemary Halligan (RH 6650)
Rhalligan@sterntannenbaum.com
Karen S. Frieman (KF 9204)
Kfrieman@sterntannenbaum.com
380 Lexington Avenue, Suite 3600
New York, NY 10168
(212) 792-8484
Attorneys for Plaintiff
On The Move, Inc.

TO:    WHITE, CIRRITO & NALLY, LLP
Michael L. Cirrito, Esq. (MC 9056)
Attorneys for Defendants
58 Hilton Avenue
Hempstead, NY 11550
(516) 292-1818
Attorneys for Defendants
Trucknology, Inc., a/k/a The Bronx Truck Rental Corp. and
Eugene Greenbaum