STATE OF NEW YORK )
                                    : 
COUNTY OF NEW YORK )

      JANICE M. FONT, being duly sworn, deposes and says:

1.    I am employed by the firm of STERN TANNENBAUM & BELL LLP.

2.    I am over 18 years of age, reside in Staten Island, NY and am not a party to this action.

3.    On June 26, 2008, I served a copy of a Notice of Motion to Compel and for Contempt and accompanying Affidavits by regular mail by depositing same in the official depository maintained and exclusively controlled by the United States Government at 380 Lexington Avenue, New York, NY 10168 true and correct copies of the same, properly enclosed in a postpaid wrapper addressed to counsel at the following addresses designated by them for that purpose upon:

    **White, Cirrito & Nally LLP**
    **Michel L. Cirrito, Esq.**
    **58 Hilton Avenue**
    **Hempstead, NY 11550**

                                          _____
                                          Janice M. Font

Sworn to before me this
26th day of June, 2008

_____
Notary Public

      ROBERT L. KRASNOW
   Notary Public, State of New York
        No. 02KR4502882
    Qualified in Westchester County
  Commission Expires November 30, 200_