**WHITE, CIRRITO & NALLY, LLP**
*Attorneys at Law*
*58 Hilton Avenue*
*Hempstead, New York 11550*
*516/292-1818*
*Fax: 516/489-1940*
*E-mail: Info@WhiteandCirrito.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/08

*William J. White   (1929-2000)*
*Mary Ellen Cirrito*
*Michael L. Cirrito*
*James P. Nally\**
*\*Admitted in NY & CT*

*Mary Ellen Marino*
*Office Manager*
-----------------
*Toni Boaz, Paralegal*
*Glendy Escobar,*
*Legal Assistant*

RECEIVED
JUL 3 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**VI A OVERNIGHT MAIL**
**DHL/80242654940**

July 2, 2008

United States Federal Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Rm. 2510
New York, NY 10007-1312
Att: Judge Deborah A. Batts

Re: On the Move, Inc. v. Trucknology, Inc.
    Index No.: 08-CIV-2533 DAB

*MEMO ENDORSED*

Dear Judge Batts,

    I am writing you with respect to the above-referenced matter, in which this firm represents the defendants, Trucknology, Inc. and Eugene Greenbaum.

    A motion was made by the plaintiff to compel and for contempt, which we received on the eve of my vacation, June 30, 2008.

    I have contacted my adversary, Rosemary Halligan, from Stern, Tannenbaum & Bell, LLP and she has been kind enough to consent to the following briefing schedule: the defendant will submit an Affidavit in Opposition on or before July 22, 2008 and the plaintiff will have their opportunity to reply on or before August 8, 2008.

*DAB*
*granted*
*07/07/08*

    Please advise if this briefing schedule as presented above is acceptable to Your Honor.

    Thank you for your consideration in this matter.

Very truly yours,

*Michael Cirrito*

**SO ORDERED**

*Deborah A. Batts*
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

MLC/mem
cc: Stern, Tannenbaum & Bell, LLP
    Via Fax: 212/792-8489