```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ON THE MOVE, INC.,
                    Plaintiff,

          -against-                         08 Civ. 2533 (DAB)
                                            ORDER
TRUCKNOLOGY, INC.,

                    Defendant.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge

The Court is receipt of Plaintiff's July 17, 2008 letter request to withdraw its June 27, 2008 Motions to Compel and for Contempt. The Court is also in receipt of Defendant's letter, dated July 17, 2008, consenting to Plaintiff's request.

The Court hereby GRANTS Plaintiff's request to withdraw its Motions to Compel and for Contempt.

Accordingly, the Clerk of the Court is directed to STRIKE these motions, and the briefing schedule, from the docket (documents numbered 22 through 26).

SO ORDERED.

DATED:   New York, New York
         July 23, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/08