USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ON THE MOVE, INC.,

                Plaintiff,        08 Civ. 2533 (DAB)(JCF)
                                        ADOPTION OF REPORT
                                        AND RECOMMENDATION

                -against-

TRUCKNOLOGY, INC., THE BRONX TRUCK
RENTAL CORP., TRUCK MAXX MOVING, INC.,
and EUGENE GREENBAUM,

                Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge James C. Francis IV, which was filed April 28, 2011. The matter was before Magistrate Judge Francis for an inquest on damages after default judgment. The Report recommends that judgment be entered as against (1) Trucknology and Mr. Greenbaum, jointly and severally, in the amount of $1,394,796.86; (2) Trucknology in the amount of $20,439.00; and (3) Bronx Truck and Mr. Greenbaum, jointly and severally, in the amount of $273,981.01.

     According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being

served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Francis's Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 67, of United States Magistrate Judge James C. Francis IV, dated April 28, 2011, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff as against Trucknology, Inc., and Eugene Greenbaum, jointly and severally, in the amount of $1,394,796.86;

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff as against Trucknology, Inc. in the amount of $20,439.00;

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff as against The Bronx Truck Rental Corp. and Eugene Greenbaum, jointly and severally, in the amount of $273.981.01; and

         5.  The Clerk of Court is directed to CLOSE the docket in this case.

     SO ORDERED.

DATED:    New York, New York
          May 18, 2011

                                    _____
                                         Deborah A. Batts
                                         United States District